# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D20-0224

———————————————

BYRON LOWERY,

   Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

   Appellee.

———————————————

On appeal from the Circuit Court for Gadsden County.
David Michael Frank, Judge.

September 14, 2020

PER CURIAM.

   AFFIRMED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Byron Lowery, pro se, for Appellant.

Lisa Martin, General Counsel, and Mark J. Hiers, Assistant General Counsel, Tallahassee, for Appellee.